```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JASON THOMAS, a/k/a "Bad,"

Defendant.

15 Cr. 161-5 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On May 15, 2019, the Court ordered the parties to file a letter by May 20, 2019 advising the Court whether they intended to rely on their previously filed sentencing submissions. ECF No. 157. Defendant failed to do so. Accordingly, by **May 22, 2019**, Defendant shall file a letter advising the Court whether he intends to rely on his previously filed sentencing submission. If Defendant does intend to rely on his previous submission, he should advise the Court how to reconcile that submission with his counsel's recent representation that Defendant is no longer objecting to the facts in the Government's submission.

      SO ORDERED.

Dated: May 21, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge